

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00121-CV

John M. **DONOHUE**,
Appellant

v.

**LAW OFFICES OF ROSS A. RODRIGUEZ**, Ross A Rodriguez Attorney at Law, William T. Reece, Attorney,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-09123
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

The reporter's records in this matter were due April 9, 2018. A portion of the reporter's record has been requested by appellee – specifically a portion of the record prepared by court reporter Mary M. Wilson. On April 10, 2018, court reporter Wilson filed a notification of late record asking for an additional thirty-one days in which to file the portion of the record requested by appellee. After review, we **GRANT** the requested extension and **ORDER** court reporter Mary M. Wilson to file her portion of the reporter's record in this court on or before May 10, 2018.

We **order** the clerk of this court to serve a copy of this order on appellant, all counsel, and all of the court reporters.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court